UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PAUL GULLAS and
CECILIA GULLAS, *pro se*,

                   Plaintiff,

-against-

MUNICIPAL JUDGE ANNE KATZ,

                   Defendant.
-----------------------------------------------------------------X

JUDGMENT
12-CV- 2959 (DLI)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUL 25 2012 ★

BROOKLYN OFFICE

        An Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on July 23, 2012, dismissing the complaint, without prejudice, as frivolous; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith; and denying *in forma pauperis* status for purpose of an appeal; it is

        ORDERED, ADJUDGED AND DECREED that the complaint is dismissed, without prejudice, as frivolous; that pursuant to 28 U.S.C. § 1915(a)(3) any appeal would not be taken in good faith; and that *in forma pauperis* is denied for purpose of an appeal.

Dated: Brooklyn, New York
       July 24, 2012

                                            DOUGLAS C. PALMER
                                            Clerk of Court

